UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

LAWREN JOHN BARSE, SR.,

    Plaintiff,

v.

STATE OF MINNESOTA,

    Defendant.

**ORDER**
Civil No. 22-cv-2877 (MJD/DJF)

---

Based upon the Report and Recommendation by United States Magistrate Judge Dulce J. Foster dated January 23, 2024, all the files and records, and no objections having been filed to said Report and Recommendation, **IT IS HEREBY ORDERED** that:

1. The Court **ADOPTS** the Report and Recommendation of Magistrate Judge Dulce J. Foster **[Doc. 10]**.

2. Plaintiff's Petition for Writ of Habeas Corpus **[Doc. 1]** is **DENIED**.

3. This matter is **DISMISSED WITH PREJUDICE.**

4. No Certificate of Appealability is granted.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 28, 2024

s/Michael J. Davis
Michael J. Davis
United States District Court